UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRECKENRIDGE PROPERTY FUND, 2016, LLC, <br><br> Plaintiff, <br><br> v. <br><br> NANCY K. ERIKS, et al., <br><br> Defendants. | CASE NO. C18-1189-JLR <br><br> MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Mary Alice Theiler, United States Magistrate Judge:

Defendants in this removed action submitted an application to proceed *in forma pauperis* (IFP). (Dkt. 1.) They indicate "basic monthly living expenses and utilities" (*id*. at 2) exceeding their combined net monthly salary of $4,750.00. In order to determine defendants' entitlement to IFP status, the Court requires a detailed accounting of the precise monthly expenses incurred. Within **twenty (20) days** of the date of this order, defendants must either submit a revised IFP application or pay the filing fee. Failure to comply may result in denial of the IFP application.

DATED this 22nd day of August, 2018.

WILLIAM M. MCCOOL, Clerk

By: s/ Paula McNabb
 Deputy Clerk

MINUTE ORDER
PAGE - 1